# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
IMAGEPAK CORPORATION                §      Case No. 06-04717
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GUS A. PALOIAN, TRUSTEE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 06-04717 Doc 440 Filed 02/17/11 Entered 02/17/11 15:02:11 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 3 of 11
ASSET CASES

Page: 1

Exhibit A

| Case No.: | 06-04717 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | | | | Date Filed (f) or Converted (c): | 04/27/06 (f) |
| | | | | | 341(a) Meeting Date: | 06/05/06 |
| For Period Ending: | 02/02/11 | | | | Claims Bar Date: | 10/17/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MACHINERY, FIXTURES, AND BUSINESS E | 884,000.00 | 25,000.00 | | 25,000.00 | FA |
| 6 COMPUTERS, LARGE PRINTING MACHINES AND OTHER PRINTING EQUIPMENT. ( PROCEEDS FROM SALE OF IMAGESETTER = $25,000) | | | | | |
| 2. SECURITY DEPOSITS | 30,000.00 | 0.00 | DA | 0.00 | FA |
| PETER ARSONSON, 1900 N. AUSTEN, CHICAGO, IL 60638 | | | | | |
| 3. ACCOUNTS RECEIVABLE | 180,000.00 | 0.00 | DA | 0.00 | FA |
| TAMAYO FINANCIAL SERVICES, INC. | | | | | |
| 4. ACCOUNTS RECEIVABLE | 29,000.00 | 0.00 | DA | 0.00 | FA |
| SU CASA MAGAZINE | | | | | |
| 5. CLAIMS, CONTINGENT OR UNLIQUIDATED | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 1900 N. AUSTEN BUILDING (LANDLORD) | | | | | |
| 6. CLAIMS, CONTINGENT OR UNLIQUIDATED | 1,000,000.00 | 0.00 | | 0.00 | FA |
| MARK JURCZYK AND JASON KUBASAK, SUIT TO VOID CONTRACT AND REQUIRE RETURN OF ASSETS OF THE CORPORATION | | | | | |
| 7. OFFICE EQUIPMENT, FURNISHINGS, AND | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 DESK, 20 CHAIRS, 15 FILING CABINETS, PAPER, PENS | | | | | |
| 8. INVENTORY | 10,000.00 | 0.00 | | 0.00 | FA |
| PRINTING PAPER, INK, MACHINE PARTS, PLATE CHEMICALS, PACKING EQUIPMENT AND MATERIALS | | | | | |
| 9. SETTLEMENT FUNDS (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| FINAL SETTLEMENT PURSUANT TO ORDER DATED 12/16/2008 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 367.32 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,338,000.00 | $30,000.00 | | $30,367.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

UST Form 101-7-TFR (10/1/2010) *(Page: 3)*

LFORM1

Ver: 16.01c

**FORM 1**

Case 06-04717  Doc 40  Filed 02/27/11  Entered 02/27/11 15:02:11  Desc Main
Document      Page 4 of 11

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-04717   JPC   Judge: JACQUELINE P. COX | Trustee Name: GUS A. PALOIAN, TRUSTEE |
| Case Name: | IMAGEPAK CORPORATION | Date Filed (f) or Converted (c): 04/27/06 (f) |
| | | 341(a) Meeting Date: 06/05/06 |
| | | Claims Bar Date: 10/17/06 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Report was submitted to U.S. Trustee's office for review.  A revised Final Report will be submitted to the

U.S. Trustee's Office on or before February 4, 2011.


Initial Projected Date of Final Report (TFR): 06/05/07          Current Projected Date of Final Report (TFR): 02/04/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-04717 -JPC | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4057  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9776 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.82 | | 14.82 |
| | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.25 | | 36.07 |
| | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.58 | | 56.65 |
| | 12/13/06 | 1 | BOB WEBER, INC. | SALE OF REAL PROPERTY | 1129-000 | 13,000.00 | | 13,056.65 |
| * | 12/13/06 | 1 | BOB WEBER, INC. | SALE OF PERSONAL PROPERTY | 1129-003 | 13,000.00 | | 26,056.65 |
| * | 12/13/06 | 1 | BOB WEBER, INC. | SALE OF PERSONAL PROPERTY INCORRECT DEPOSIT AMOUNT | 1129-003 | -13,000.00 | | 13,056.65 |
| | 12/13/06 | 1 | BOB WEBER, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | 12,000.00 | | 25,056.65 |
| | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.28 | | 25,077.93 |
| | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.30 | | 25,099.23 |
| | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.25 | | 25,118.48 |
| | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.33 | | 25,139.81 |
| | 04/23/07 | 000201 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM 2/1/07 - 2/1/08 | 2300-000 | | 33.40 | 25,106.41 |
| | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.67 | | 25,127.08 |
| | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.34 | | 25,148.42 |
| | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.66 | | 25,169.08 |
| | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.39 | | 25,190.47 |
| | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.39 | | 25,211.86 |
| | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 16.05 | | 25,227.91 |
| | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 16.08 | | 25,243.99 |
| | 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 13.49 | | 25,257.48 |
| | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 12.08 | | 25,269.56 |
| | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 10.01 | | 25,279.57 |
| | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 6.01 | | 25,285.58 |
| | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.98 | | 25,291.56 |
| | 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.18 | | 25,296.74 |
| | 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.21 | | 25,299.95 |
| | 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.11 | | 25,303.06 |
| | 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.21 | | 25,306.27 |

**UST Form 101-7-TFR (10/1/2010)** *(Page: 5)*

Page Subtotals       25,339.67       33.40

Ver: 16.01c

LFORM24

Case 06-04717 Doc 40 Filed 02/17/11 Entered 02/17/11 15:02:11 Desc Main
Document Page 6 of 11
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Page: 2
Exhibit B

| Case No: | 06-04717 -JPC | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4057 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9776 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.21 | | 25,309.48 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.12 | | 25,312.60 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.46 | | 25,315.06 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.07 | | 25,317.13 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.28 | | 25,318.41 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,318.62 |
| 02/11/09 | 000202 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND BOND PREMIUM 2/2/09 | 2300-000 | | 21.05 | 25,297.57 |
| 02/26/09 | 9 | TAMAYO FINANCIAL SERVICES, INC | SETTLEMENT | 1249-000 | 5,000.00 | | 30,297.57 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 30,297.76 |
| 03/27/09 | 000203 | NIESEN & ELLIOTT, LLC | ATTORNEY FEES & EXPENSES FEES AND EXPENSES PAID TO NIESEN & ELLIOT PURSUANT TO COURT ORDER DATED 3/26/2009 | | | 1,960.50 | 28,337.26 |
| | | | Fees 1,666.50 | 3210-000 | | | |
| | | | Expenses 294.00 | 3220-000 | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 28,337.52 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 28,338.14 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,338.86 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,339.57 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,340.29 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,341.01 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,341.71 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,342.43 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,343.13 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,343.85 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,344.57 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.65 | | 28,345.22 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.73 | | 28,345.95 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,346.65 |

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

Page Subtotals 5,021.93 1,981.55

Ver: 16.01c
LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-04717 -JPC | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4057  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9776 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,347.36 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,348.07 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,348.79 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.73 | | 28,349.52 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,350.22 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,350.94 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,351.65 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,352.37 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,367.32 | 2,014.95 | 28,352.37 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,367.32 | 2,014.95 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,367.32 | 2,014.95 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******4057 | 30,367.32 | 2,014.95 | 28,352.37 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 30,367.32 | 2,014.95 | 28,352.37 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-04717
Case Name: IMAGEPAK CORPORATION
Trustee Name: GUS A. PALOIAN, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SEYFARTH SHAW LLP | $ | $ | $ |
| Attorney for Trustee Expenses: SEYFARTH SHAW LLP | $ | $ | $ |
| Other: NIESEN & ELLIOTT, LLC | $ | $ | $ |
| Other: NIESEN & ELLIOTT, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____
Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | MICHAEL COFFREY | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                                   $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | L&B Paper Inc | $ | $ | $ |
| 000002 | W.W. Grainger, Inc. | $ | $ | $ |
| 000003 | Pitman Company | $ | $ | $ |
| 000004 | Berglund & Niew, P.C. | $ | $ | $ |
| 000005 | Gans Ink | $ | $ | $ |
| 000007 | Champion Container Corp. | $ | $ | $ |
| 000008A | 1900 N. Austin Building, LP | $ | $ | $ |
| 000008B | 1900 N. Austin Building, LP | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Midwest Ink | $ | $ | $ |
| 000010 | Krystyna Kublickas | $ | $ | $ |
| 000011 | Magnet Litho Supply Corp | $ | $ | $ |
| 000012 | P.A.P. Polish Press Agency | $ | $ | $ |
| 000013 | Schopf & Weiss LLP | $ | $ | $ |
| 000014A | The Austin 1900 Building, L.P. | $ | $ | $ |
| 000014B | The Austin 1900 Building, L.P. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE