UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
IMAGEPAK CORPORATION § Case No. 06-04717
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    UNITED STATE BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL 60606

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:  9:30 A.M. ON THURSDAY, MARCH 31, 2011

    United States Bankruptcy Court
    COURTROOM 619
    219 S. Dearborn Street
    Chicago, IL  60606

Date Mailed: _____        By: Kenneth S. Gardner_____
                  Clerk of the Court


*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
IMAGEPAK CORPORATION § Case No. 06-04717
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 30,367.32 |
| and approved disbursements of | $ | 2,014.95 |
| leaving a balance on hand of[1] | $ | 28,352.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ 3,785.81 | $ 0.00 | $ 3,785.81 |
| Attorney for Trustee Fees: SEYFARTH SHAW LLP | $ 18,011.50 | $ 0.00 | $ 18,011.50 |
| Attorney for Trustee Expenses: SEYFARTH SHAW LLP | $ 111.30 | $ 0.00 | $ 111.30 |
| Other: NIESEN & ELLIOTT, LLC | $ 1,666.50 | $ 1,666.50 | $ 0.00 |
| Other: NIESEN & ELLIOTT, LLC | $ 294.00 | $ 294.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 21,908.61 |
| Remaining Balance | $ 6,443.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,748.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | MICHAEL COFFREY | $ 3,482.34 | $ 0.00 | $ 3,482.34 |
| AUTO | INTERNAL REVENUE SERVICE | $ 215.91 | $ 0.00 | $ 215.91 |
| AUTO | INTERNAL REVENUE SERVICE | $ 50.49 | $ 0.00 | $ 50.49 |

Total to be paid to priority creditors   $   3,748.74

Remaining Balance   $   2,695.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 407,418.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | L&B Paper Inc | $ 37,641.16 | $ 0.00 | $ 248.99 |
| 000002 | W.W. Grainger, Inc. | $ 4,400.89 | $ 0.00 | $ 29.11 |
| 000003 | Pitman Company | $ 7,519.83 | $ 0.00 | $ 49.74 |
| 000004 | Berglund & Niew, P.C. | $ 1,429.66 | $ 0.00 | $ 9.46 |
| 000005 | Gans Ink | $ 1,379.50 | $ 0.00 | $ 9.13 |
| 000007 | Champion Container Corp. | $ 197.16 | $ 0.00 | $ 1.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | 1900 N. Austin Building, LP | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008B | 1900 N. Austin Building, LP | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Midwest Ink | $ 1,504.53 | $ 0.00 | $ 9.95 |
| 000010 | Krystyna Kublickas | $ 16,000.00 | $ 0.00 | $ 105.84 |
| 000011 | Magnet Litho Supply Corp | $ 2,333.91 | $ 0.00 | $ 15.44 |
| 000012 | P.A.P. Polish Press Agency | $ 12,800.06 | $ 0.00 | $ 84.67 |
| 000013 | Schopf & Weiss LLP | $ 10,972.93 | $ 0.00 | $ 72.58 |
| 000014A | The Austin 1900 Building, L.P. | $ 311,238.66 | $ 0.00 | $ 2,058.81 |
| 000014B | The Austin 1900 Building, L.P. | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $                2,695.02

Remaining Balance        $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____


GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales              Page 1 of 2                   Date Rcvd: Feb 18, 2011
Case: 06-04717                Form ID: pdf006              Total Noticed: 53

The following entities were noticed by first class mail on Feb 20, 2011.
db           +Imagepak Corporation,    1900 N Austin,    Chicago, IL 60639-5010
aty          +Charles S Riecke,    Seyfarth Shaw,    131 S. Dearborn Street,    Suite 4200,
               Chicago, IL 60603-5517
aty          +Daniel P. Dawson,    Nisen & Elliott, LLC,    200 W. Adams St. Ste 2500,    Chicago, IL 60606-5283
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 1210,
               Chicago, IL 60603-4936
aty          +Ryan Pinkston,    Seyfarth Shaw LLP,    131 South Dearborn Street, Suite 2400,
               Chicago, IL 60603-5863
tr           +Gus A Paloian,    Seyfarth, Shaw, Et Al,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
10711272     +1900 N. Austin Building, LP,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10745405     +1900 N. Austin Building, LP,    c/o Peter Aronson,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10745406     +Alliance One Receivable Mgmt,    6565 Kimball Dr.,    Suite 200,    Gig Harbor, WA 98335-1206
10711273     +Andrzej Jarmakowski,    3604 North Laverne Ave.,    Chicago, IL 60641-3403
10711274     +Barr Management,    6408 North Western Ave.,    Chicago, IL 60645-5422
10745410     +Bartlett Camera,    1261 B Humbracht Circle,    Bartlett, IL 60103-1632
10711276      Bob Weber, Inc.,    23850 Commerce Park Road,    Cleveland, OH 11122
10711277     +Champion Container Corp.,    430 Wrightwood,    Elmhurst, IL 60126-1049
10745414     +Ewa Malcher,    2438 N.Kedzie Ave., Apt. 108,    Chicago, IL 60647-2572
10970254     +Ewa Malcher,    4819 W Warwick,    Chicago, IL 60641-3510
10745415     +Gans Ink,    1441 Boyd St,    Los Angeles, CA 90033-3790
10711280     +Gans Ink,    1440 Bernard Drive,    Addison, IL 60101-4330
10711281     +Grainger,    11 East Adams Street, Suite 800,    Chicago, IL 60603-6324
10711282     +Handschy Industries,    4777 Paysphere Circle,    Chicago, IL 60674-0001
10711283     +Igor Golandzin,    2325 North Neva Ave.,    Chicago, IL 60707-2818
10711284     +J & L Industrial Supply,    P.O. Box 642467,    Pittsburgh, PA 15264-2467
10711285     +Jason Kubasak,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10711286     +Jerzy Swiderski,    8240 W. O.Connor,    River Grove, IL 60171-1267
10745423      Krystyna Kublickas,    2 S 648 Normandie Avenue East,    Oak Brook, IL 60523
10711288     +Kurt E. Vragel, Jr.,    1701 E. Lake Avenue,    Glenview, IL 60025-2065
10711289     +L & B Paper,    2275 Half Day Road,    Deerfield, IL 60015-1217
10745425     +L&B Paper Inc,    c/o Kurt E Vragel Jr,    1701 East Lake AVenue Suite 170,
               Glenview, Illinois 60025-2085
10711290     +LaCrosse Litho,    W237 N2889 Woodgate Road,    Pewaukee, WI 53072-4047
10711291     +LaSalle Bank N.A.,    135 South LaSalle Street, Suite 925,    Chicago, IL 60603-4177
10745428     +Lease Finance Group, LLC,    233 N. Michigan Ave., Suite 1800,    Chicago, IL 60601-5802
10745429     +Leszek Piesniakiewicz,    1986 W. Algonquin Road,    Mount Prospect, IL 60056-4850
10745430     +Maciej Szyszko,    2734 N. Oak Park Ave.,    Chicago, IL 60707-1752
10711295     +Malgorzata Turska,    17 Conti Parkway, # 3E,    Elmwood Park, IL 60707-4505
10711296     +Malgorzata Turska,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10711297     +Mark Jurczyk,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10711298     +Mark Jurczyk and Jason Kubasak,    1900 N. Austen,    Chicago, IL 60639-5010
10711299     +McMaster-Care Supply(Biehl & Biehl),    P.O. Box 66415,    Amf Ohare, IL 60666-0415
10711300     +Michael Coffrey,    3926 North Kedvale Ave. Apt A1,    Chicago, IL 60641-2907
10711302     +Midwest Ink,    2701 South 12th Ave.,    Broadview, IL 60155-4836
10745441      P.A.P. Polish Press Agency,    Bracka 6/8,    Warsaw, Poland, PO
10745443     +Plaza Bank,    Robert C. Wareham, President,    7460 W. Irving Park Rd.,    Norridge, IL 60706-2141
10711306     +Revtech Corp.,    603 Country Club Drive #F,    Bensenville, IL 60106-1329
10711307     +Richard Zarko,    3016 North Long Ave.,    Chicago, IL 60641-4930
10745446     +Ryan Liska,    900 Jorie Blvd., Suite 122,    Oak Brook, IL 60523-3823
10964917      Schopf & Weiss LLP,    312 West Randolph Street, Suite 300,    Chicago, Illinois 60606
10711308      Schopf & weiss LLP,    312 W. Randloph Street,    Chicago, IL 60606
10711309     +Shanes Office Supply,    2717 Curtiss Street,    Downers Grove, IL 60515-4002
10711310     +Standard Technology,    2031 Rout 22,    Brewster, NY 10509-5914
10711311      State of Illinois, Dept. of Labor,    Fair Labor Standards Division,    160 N. LaSalle, Ste C-1300,
               Chicago, IL 60601-3150
10966132     +The Austin 1900 Building, L.P.,    1900 N. Austin,    Suite 400,    Chicago, IL 60639-5010
10711312     +The Harvard State Bank,    35 North Ayer Street, P.O. Box 40,    Harvard, IL 60033-0040
10846492     +W.W. Grainger, Inc.,    Teller, Levit & Silvertrust, P.C.,    11 East Adams - Suite 800,
               Chicago, IL 60603-6369
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10745407      American Roller,    Unknown
10711275      Barrtlett Camera
10711279      Ewa Malcher
10745419      International Paper Company,    Unknown
10711287      Krystyna Kublica
10711292      Leszek Piesniakiewicz
10711293      Maciej Szyszko
10711303      P.A.P. Polish Press Agency
10711305      Rent,   1900 N
10711314      Verizion Wirless
10711315      Wieslaawa Kijowska,    Unknown
10745453      Wieslaawa Kijowska
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 2            Date Rcvd: Feb 18, 2011
Case: 06-04717                Form ID: pdf006           Total Noticed: 53

aty*         +Gus A Paloian,    Seyfarth, Shaw, Et Al,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
10745408*    +Andrzej Jarmakowski,    3604 North Laverne Ave.,    Chicago, IL 60641-3403
10745409*    +Barr Management,    6408 North Western Ave.,    Chicago, IL 60645-5422
10745411*     Bob Weber, Inc.,    23850 Commerce Park Road,    Cleveland, OH 11122
10745412*    +Champion Container Corp.,    430 Wrightwood,    Elmhurst, IL 60126-1049
10745413*    +Chicago Tribune,    P.O. Box 6315,    Chicago, IL 60680-6315
10745416*    +Grainger,    11 East Adams Street, Suite 800,    Chicago, IL 60603-6324
10745417*    +Handschy Industries,    4777 Paysphere Circle,    Chicago, IL 60674-0001
10745418*    +Igor Golandzin,    2325 North Neva Ave.,    Chicago, IL 60707-2818
10745420*    +J & L Industrial Supply,    P.O. Box 642467,    Pittsburgh, PA 15264-2467
10745421*    +Jason Kubasak,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10745422*    +Jerzy Swiderski,    8240 W. O.Connor,    River Grove, IL 60171-1267
10745424*    +Kurt E. Vragel, Jr.,    1701 E. Lake Avenue,    Glenview, IL 60025-2065
10745426*    +LaCrosse Litho,    W237 N2889 Woodgate Road,    Pewaukee, WI 53072-4047
10745427*    +LaSalle Bank N.A.,    135 South LaSalle Street, Suite 925,    Chicago, IL 60603-4177
10745432*    +Malgorzata Turska,    17 Conti Parkway, # 3E,    Elmwood Park, IL 60707-4505
10745433*    +Malgorzata Turska,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10745434*    +Mark Jurczyk,    1900 N. Austin Ave.,    Chicago, IL 60639-5010
10745435*    +Mark Jurczyk and Jason Kubasak,    1900 N. Austen,    Chicago, IL 60639-5010
10745436*    +McMaster-Care Supply(Biehl & Biehl),    P.O. Box 66415,    Amf Ohare, IL 60666-0415
10745438*    +Michael Kuchejda,    1720 S. Linden Ave.,    Park Ridge, IL 60068-5628
10745440*    +Midwest Ink,    2701 South 12th Ave.,    Broadview, IL 60155-4836
10745442*    +Pitman Company,    225 Spring Lake Drive,    Itasca, IL 60143-3203
10745444*    +Revtech Corp.,    603 Country Club Drive #F,    Bensenville, IL 60106-1329
10745445*    +Richard Zarko,    3016 North Long Ave.,    Chicago, IL 60641-4930
10745447*     Schopf & Weiss LLP,    312 W. Randloph Street,    Chicago, IL 60606
10745448*    +Shanes Office Supply,    2717 Curtiss Street,    Downers Grove, IL 60515-4002
10745449*    +Standard Technology,    2031 Rout 22,    Brewster, NY 10509-5914
10745450*     State of Illinois, Dept. of Labor,    Fair Labor Standards Division,    160 N. LaSalle, Ste C-1300,
               Chicago, IL 60601-3150
10745451*    +The Harvard State Bank,    35 North Ayer Street, P.O. Box 40,    Harvard, IL 60033-0040
10745452*    +Update(Abrams & Adams, Inc.),    P.O. Box 538,    Southern Pines, NC 28388-0538
10848784   ##+Berglund & Niew, P.C.,    900 Jorie Blvd.,    Suite 122,    Oak Brook, Illinois 60523-3823
10711278   ##+Chicago Tribune,    P.O. Box 6315,    Chicago, IL 60680-6315
10711294   ##+Magnet Litho,    4312 33rd Street,    Long Island City, NY 11101-2317
10745431   ##+Magnet Litho Supply Corp,    4312 33rd Street,    Long Island City, NY 11101-2317
10745437   ##+Michael Coffrey,    3926 North Kedvale Ave.,    Chicago, IL 60641-2907
10745439   ##+Michael Kuchejda,    1720 S. Linden,    Park Ridge, IL 60068-5628
10711301   ##+Michael Kuchejda,    1720 S. Linden Ave.,    Park Ridge, IL 60068-5628
10711304   ##+Pitman Company,    225 Spring Lake Drive,    Itasca, IL 60143-3203
10711313   ##+Update(Abrams & Adams, Inc.),    P.O. Box 538,    Southern Pines, NC 28388-0538
                                                                                       TOTALS: 12, * 31, ## 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2011**                    **Signature:**    *Joseph Speetjens*