UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 06-04717-JPC |
| | § | |
| IMAGEPAK CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $444,000.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,444.98 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $23,923.56 | | |

3)   Total gross receipts of $30,368.54 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $30,368.54 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,450.25 | $4,245.56 | $23,923.56 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $23,734.20 | $4,990.20 | $3,748.74 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $813,517.28 | $407,418.29 | $2,696.24 |
| **Total Disbursements** | NA | $841,701.73 | $416,654.05 | $30,368.54 |

4). This case was originally filed under chapter 7 on 04/27/2006. The case was pending for -1275 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2013     By:  /s/ Gus A. Paloian
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| MACHINERY, FIXTURES, AND BUSINESS E | 1129-000 | $38,000.00 |
| Reverses Deposit # 2 | 1129-000 | ($13,000.00) |
| SETTLEMENT FUNDS | 1249-000 | $5,000.00 |
| Interest Asset | 1270-000 | $368.54 |
| **TOTAL GROSS RECEIPTS** | | $30,368.54 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $3,990.50 | $3,785.81 | $3,785.81 |
| INTERNATIONAL SURETIES, INC. | 2300-000 | NA | $33.40 | $33.40 | $33.40 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $21.05 | $21.05 | $21.05 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $111.30 | $111.30 | $18,122.80 |
| NIESEN & ELLIOTT, LLC, Attorney for Trustee | 3210-000 | NA | $294.00 | $294.00 | $1,960.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,450.25 | $4,245.56 | $23,923.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | MICHAEL COFFEY | 5300-000 | NA | $3,482.34 | $3,482.34 | $2,240.88 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | EWA MALCHER | 5300-000 | NA | $4,200.00 | $0.00 | $0.00 |
| 16 | ANDREZEJ JARMAKOWSKI | 5300-000 | NA | $8,200.00 | $0.00 | $0.00 |
| 17A | RICHARD ZARKO | 5300-000 | NA | $6,344.00 | $0.00 | $0.00 |
| 0AUTO | ILLINOIS DEPT. OF REVENUE | 5300-000 | NA | $104.47 | $104.47 | $104.47 |
| 0AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | $215.91 | $215.91 | $215.91 |
| 0AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | $870.59 | $870.59 | $870.59 |
| 0AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | $50.49 | $50.49 | $50.49 |
| 0AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | $215.91 | $215.91 | $215.91 |
| 0AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | $50.49 | $50.49 | $50.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $23,734.20 | $4,990.20 | $3,748.74 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | L&B PAPER INC | 7100-000 | NA | $37,641.16 | $37,641.16 | $249.10 |
| 2 | W.W. GRAINGER, INC. | 7100-000 | NA | $4,400.89 | $4,400.89 | $29.12 |
| 3 | PITMAN COMPANY | 7100-000 | NA | $7,519.83 | $7,519.83 | $49.77 |
| 4 | BERGLUND & NIEW, P.C. | 7100-000 | NA | $1,429.66 | $1,429.66 | $9.46 |
| 5 | GANS INK | 7100-000 | NA | $1,379.50 | $1,379.50 | $9.13 |
| 7 | CHAMPION CONTAINER CORP. | 7100-000 | NA | $197.16 | $197.16 | $1.30 |
| 8B | 1900 N. AUSTIN BUILDING, LP | 7100-000 | NA | $10,000.00 | $0.00 | $0.00 |
| 8A | 1900 N. AUSTIN BUILDING, LP | 7100-000 | NA | $313,226.72 | $0.00 | $0.00 |
| 9 | MIDWEST INK | 7100-000 | NA | $1,504.53 | $1,504.53 | $9.96 |
| 10 | KRYSTYNA KUBLICKAS | 7100-000 | NA | $16,000.00 | $16,000.00 | $105.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | P.A.P. POLISH PRESS AGENCY | 7100-000 | NA | $12,800.06 | $12,800.06 | $84.71 |
| 14B | THE AUSTIN 1900 BUILDING, L.P. | 7100-000 | NA | $47,838.60 | $0.00 | $0.00 |
| 14A | THE AUSTIN 1900 BUILDING, L.P. | 7100-000 | NA | $311,238.66 | $311,238.66 | $2,059.73 |
| 17B | RICHARD ZARKO | 7100-000 | NA | $35,033.67 | $0.00 | $0.00 |
| | MAGNET LITHO SUPPLY CORP | 7100-004 | $0.00 | $2,333.91 | $2,333.91 | $15.45 |
| | SCHOPF & WEISS LLP | 7100-004 | $0.00 | $10,972.93 | $10,972.93 | $72.62 |
| | United States Bankruptcy Court | 7100-000 | $0.00 | $1.30 | $1.30 | $1.30 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $813,518.58 | $407,419.59 | $2,697.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 06-04717-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | Date Filed (f) or Converted (c): | 04/27/2006 (f) |
| For the Period Ending: | 5/10/2013 | §341(a) Meeting Date: | 06/05/2006 |
| | | Claims Bar Date: | 10/17/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | MACHINERY, FIXTURES, AND BUSINESS E | $884,000.00 | $25,000.00 | | $25,000.00 | FA |
| **Asset Notes:** | 6 COMPUTERS, LARGE PRINTING MACHINES AND OTHER PRINTING EQUIPMENT. ( PROCEEDS FROM SALE OF IMAGESETTER = $25,000) | | | | | |
| 2 | SECURITY DEPOSITS | $30,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | PETER ARSONSON, 1900 N. AUSTEN, CHICAGO, IL 60638 | | | | | |
| 3 | ACCOUNTS RECEIVABLE | $180,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | TAMAYO FINANCIAL SERVICES, INC. | | | | | |
| 4 | ACCOUNTS RECEIVABLE | $29,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | SU CASA MAGAZINE | | | | | |
| 5 | CLAIMS, CONTINGENT OR UNLIQUIDATED | $200,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 1900 N. AUSTEN BUILDING (LANDLORD) | | | | | |
| 6 | CLAIMS, CONTINGENT OR UNLIQUIDATED | $1,000,000.00 | $1,000,000.00 | | $0.00 | FA |
| **Asset Notes:** | MARK JURCZYK AND JASON KUBASAK, SUIT TO VOID CONTRACT AND REQUIRE RETURN OF ASSETS OF THE CORPORATION | | | | | |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 10 DESK, 20 CHAIRS, 15 FILING CABINETS, PAPER, PENS | | | | | |
| 8 | INVENTORY | $10,000.00 | $10,000.00 | | $0.00 | FA |
| **Asset Notes:** | PRINTING PAPER, INK, MACHINE PARTS, PLATE CHEMICALS, PACKING EQUIPMENT AND MATERIALS | | | | | |
| 9 | SETTLEMENT FUNDS (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | FINAL SETTLEMENT PURSUANT TO ORDER DATED 12/16/2008 | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $368.54 | Unknown |

**TOTALS (Excluding unknown value)** | | $2,338,000.00 | $1,040,000.00 | | $30,368.54 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

Case 06-04717   Doc 52   Filed 05/10/13   Entered 05/10/13 09:21:25   Desc Main
Document      Page 7 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2                Exhibit 8

| **Case No.:** | 06-04717-JPC | | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | IMAGEPAK CORPORATION | | | **Date Filed (f) or Converted (c):** | 04/27/2006 (f) |
| **For the Period Ending:** | 5/10/2013 | | | **§341(a) Meeting Date:** | 06/05/2006 |
| | | | | **Claims Bar Date:** | 10/17/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

The Final Report was filed on February 4, 2011. A report of uncliaimed funds was filed on October 27, 2011. The Final Account was submitted to the U.S. Trustee on January 31, 2012.

**Initial Projected Date Of Final Report (TFR):**   06/05/2007         **Current Projected Date Of Final Report (TFR):**   02/04/2011         /s/ GUS A. PALOIAN
                                                                                                                                                GUS A. PALOIAN

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04717-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******9776 | Money Market Acct #: | ******4057 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 4/27/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $14.82 | | $14.82 |
| 10/31/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.25 | | $36.07 |
| 11/30/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $20.58 | | $56.65 |
| 12/13/2006 | | Reverses Deposit # 2 | SALE OF PERSONAL PROPERTY | 1129-000 | ($13,000.00) | | ($12,943.35) |
| 12/13/2006 | | BOB WEBER, INC. | SALE OF PERSONAL PROPERTY | * | $13,000.00 | | $56.65 |
| | {1} | | SALE OF PERSONAL PROPERTY $13,000.00 | 1129-000 | | | $56.65 |
| 12/13/2006 | (1) | BOB WEBER, INC. | SALE OF REAL PROPERTY | 1129-000 | $13,000.00 | | $13,056.65 |
| 12/13/2006 | (1) | BOB WEBER, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $12,000.00 | | $25,056.65 |
| 12/29/2006 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.28 | | $25,077.93 |
| 01/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.30 | | $25,099.23 |
| 02/28/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $19.25 | | $25,118.48 |
| 03/30/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.33 | | $25,139.81 |
| 04/23/2007 | 201 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM | 2300-000 | | $33.40 | $25,106.41 |
| 04/30/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $20.67 | | $25,127.08 |
| 05/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.34 | | $25,148.42 |
| 06/29/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $20.66 | | $25,169.08 |
| 07/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.39 | | $25,190.47 |
| 08/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | $21.39 | | $25,211.86 |
| 09/28/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | $16.05 | | $25,227.91 |
| 10/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | $16.08 | | $25,243.99 |
| 11/30/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | $13.49 | | $25,257.48 |
| 12/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | $12.08 | | $25,269.56 |
| 01/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | $10.01 | | $25,279.57 |
| 02/29/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | $6.01 | | $25,285.58 |
| 03/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | $5.98 | | $25,291.56 |
| 04/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | $5.18 | | $25,296.74 |
| 05/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $3.21 | | $25,299.95 |
| | | | **SUBTOTALS** | | $25,333.35 | $33.40 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04717-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******9776 | Money Market Acct #: | ******4057 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 4/27/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $3.11 | | $25,303.06 |
| 07/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $3.21 | | $25,306.27 |
| 08/29/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $3.21 | | $25,309.48 |
| 09/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | $3.12 | | $25,312.60 |
| 10/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | $2.46 | | $25,315.06 |
| 11/28/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | $2.07 | | $25,317.13 |
| 12/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.28 | | $25,318.41 |
| 01/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.21 | | $25,318.62 |
| 02/11/2009 | 202 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $21.05 | $25,297.57 |
| 02/26/2009 | (9) | TAMAYO FINANCIAL SERVICES, INC | SETTLEMENT | 1249-000 | $5,000.00 | | $30,297.57 |
| 02/27/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.19 | | $30,297.76 |
| 03/27/2009 | 203 | NIESEN & ELLIOTT, LLC | ATTORNEY FEES & EXPENSES | 3210-000 | | $1,960.50 | $28,337.26 |
| 03/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.26 | | $28,337.52 |
| 04/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.62 | | $28,338.14 |
| 05/29/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,338.86 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.71 | | $28,339.57 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,340.29 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,341.01 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.70 | | $28,341.71 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,342.43 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.70 | | $28,343.13 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,343.85 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,344.57 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.65 | | $28,345.22 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.73 | | $28,345.95 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.70 | | $28,346.65 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.71 | | $28,347.36 |
| | | | **SUBTOTALS** | | $5,028.96 | $1,981.55 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04717-JPC | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******9776 | | Money Market Acct #: | ******4057 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 4/27/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.71 | | $28,348.07 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,348.79 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.73 | | $28,349.52 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.70 | | $28,350.22 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,350.94 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.71 | | $28,351.65 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,352.37 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.72 | | $28,353.09 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.22 | | $28,353.31 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.24 | | $28,353.55 |
| 04/06/2011 | (INT) | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $28,353.59 |
| 04/06/2011 | | Transfer to Acct #******4468 | Final Posting Transfer | 9999-000 | | $28,353.59 | $0.00 |
| | | | **TOTALS:** | | $30,368.54 | $30,368.54 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $28,353.59 | |
| | | | Subtotal | | $30,368.54 | $2,014.95 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $30,368.54 | $2,014.95 | |

| For the period of 4/27/2006 to 5/10/2013 | | For the entire history of the account between 09/05/2006 to 5/10/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,368.54 | Total Compensable Receipts: | $30,368.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,368.54 | Total Comp/Non Comp Receipts: | $30,368.54 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,014.95 | Total Compensable Disbursements: | $2,014.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,014.95 | Total Comp/Non Comp Disbursements: | $2,014.95 |
| Total Internal/Transfer Disbursements: | $28,353.59 | Total Internal/Transfer Disbursements: | $28,353.59 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 06-04717-JPC | | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|---|
| **Case Name:** | IMAGEPAK CORPORATION | | **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Primary Taxpayer ID #:** | ******9776 | | **Checking Acct #:** | ******4468 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | BofA Checking Account |
| **For Period Beginning:** | 4/27/2006 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/10/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2011 | | Transfer from Acct #******4057 | Transfer In From MMA Account | 9999-000 | $28,353.59 | | $28,353.59 |
| 04/06/2011 | 2001 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION | 2100-000 | | $3,785.81 | $24,567.78 |
| 04/06/2011 | 2002 | SEYFARTH SHAW LLP | Claim ATTY, Payment 100.00000% | 3110-000 | | $18,122.80 | $6,444.98 |
| 04/06/2011 | 2003 | MICHAEL COFFEY | Claim 000006, Payment 100.00000% | 5300-000 | | $2,240.88 | $4,204.10 |
| 04/06/2011 | 2004 | INTERNAL REVENUE SERVICE | Social Security | 5300-000 | | $215.91 | $3,988.19 |
| 04/06/2011 | 2005 | INTERNAL REVENUE SERVICE | Federal Income Tax | 5300-000 | | $870.59 | $3,117.60 |
| 04/06/2011 | 2006 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | $50.49 | $3,067.11 |
| 04/06/2011 | 2007 | ILLINOIS DEPT. OF REVENUE | STATE INCOME TAX | 5300-000 | | $104.47 | $2,962.64 |
| 04/06/2011 | 2008 | INTERNAL REVENUE SERVICE | Social Security Employer Matching | 5800-000 | | $215.91 | $2,746.73 |
| 04/06/2011 | 2009 | INTERNAL REVENUE SERVICE | Medicare Employer Matching | 5800-000 | | $50.49 | $2,696.24 |
| 04/06/2011 | 2010 | L&B PAPER INC | Claim 000001, Payment 0.66178% | 7100-000 | | $249.10 | $2,447.14 |
| 04/06/2011 | 2011 | W.W. GRAINGER, INC. | Claim 000002, Payment 0.66168% | 7100-000 | | $29.12 | $2,418.02 |
| 04/06/2011 | 2012 | PITMAN COMPANY | Claim 000003, Payment 0.66185% | 7100-000 | | $49.77 | $2,368.25 |
| 04/06/2011 | 2013 | BERGLUND & NIEW, P.C. | Claim 000004, Payment 0.66170% | 7100-000 | | $9.46 | $2,358.79 |
| 04/06/2011 | 2014 | GANS INK | Claim 000005, Payment 0.66183% | 7100-000 | | $9.13 | $2,349.66 |
| 04/06/2011 | 2015 | MIDWEST INK | Claim 000009, Payment 0.66200% | 7100-000 | | $9.96 | $2,339.70 |
| 04/06/2011 | 2016 | KRYSTYNA KUBLICKAS | Claim 000010, Payment 0.66181% | 7100-000 | | $105.89 | $2,233.81 |
| 04/06/2011 | 2018 | P.A.P. POLISH PRESS AGENCY | Claim 000012, Payment 0.66179% | 7100-000 | | $84.71 | $2,149.10 |
| 04/06/2011 | 2020 | THE AUSTIN 1900 BUILDING, L.P. | Claim 000014A, Payment 0.66178% | 7100-000 | | $2,059.73 | $89.37 |
| 04/06/2011 | 2021 | United States Bankruptcy Court | REMITTED TO COURT | 7100-000 | | $1.30 | $88.07 |
| 04/06/2011 | 2017 | MAGNET LITHO SUPPLY CORP | Claim 000011, Payment 0.66198% | 7100-004 | | $15.45 | $72.62 |
| 04/06/2011 | 2019 | SCHOPF & WEISS LLP | Claim 000013, Payment 0.66181% | 7100-004 | | $72.62 | $0.00 |
| 04/06/2011 | 2021 | Reverses Check # 2021 | REMITTED TO COURT | 7100-000 | | ($1.30) | $1.30 |
| 04/06/2011 | 2022 | CHAMPION CONTAINER CORP. | | 7100-000 | | $1.30 | $0.00 |
| 09/08/2011 | 2017 | Reverses Check # 2017 | Stop Payment Reversal | 7100-004 | | ($15.45) | $15.45 |
| 09/08/2011 | 2019 | Reverses Check # 2019 | Stop Payment Reversal | 7100-004 | | ($72.62) | $88.07 |
| 09/09/2011 | 2023 | SCHOPF & WEISS LLP | Claim 000013, Payment 0.66181% | 7100-000 | | $72.62 | $15.45 |
| 10/04/2011 | 2024 | CLERK OF BANKRUPTCY COURT | Claim 000011, Payment 0.66198% | 7100-000 | | $15.45 | $0.00 |
| | | | **SUBTOTALS** | | $28,353.59 | $28,353.59 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-04717-JPC | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | IMAGEPAK CORPORATION | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******9776 | | Checking Acct #: | ******4468 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/27/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $28,353.59 | $28,353.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $28,353.59 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $28,353.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $28,353.59 | |

| For the period of 4/27/2006 to 5/10/2013 | | For the entire history of the account between 04/06/2011 to 5/10/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $28,353.59 | Total Internal/Transfer Receipts: | $28,353.59 |
| | | | |
| Total Compensable Disbursements: | $28,353.59 | Total Compensable Disbursements: | $28,353.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,353.59 | Total Comp/Non Comp Disbursements: | $28,353.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 06-04717-JPC |
| **Case Name:** | IMAGEPAK CORPORATION |
| **Primary Taxpayer ID #:** | ******9776 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/27/2006 |
| **For Period Ending:** | 5/10/2013 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Checking Acct #:** | ******4468 |
| **Account Title:** | BofA Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $30,368.54 | $30,368.54 | $0.00 |

| For the period of 4/27/2006 to 5/10/2013 | | For the entire history of the case between 04/27/2006 to 5/10/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,368.54 | Total Compensable Receipts: | $30,368.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,368.54 | Total Comp/Non Comp Receipts: | $30,368.54 |
| Total Internal/Transfer Receipts: | $28,353.59 | Total Internal/Transfer Receipts: | $28,353.59 |
| Total Compensable Disbursements: | $30,368.54 | Total Compensable Disbursements: | $30,368.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,368.54 | Total Comp/Non Comp Disbursements: | $30,368.54 |
| Total Internal/Transfer Disbursements: | $28,353.59 | Total Internal/Transfer Disbursements: | $28,353.59 |